# EXHIBIT B

Melinda Morton (Bar No. 228032)
E-mail: mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Jacob Poorman (Bar No. 262261)
E-mail: jacob.poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Benjamin Herbert (Bar No. 277356)
E-mail: benjamin.herbert@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
200 Spectrum Center Drive
Suite 1650
Irvine, CA 92618
Telephone: 949.383.2997
Facsimile: 619.235.0398

Attorneys for Plaintiffs
Zest IP Holdings, LLC, and
Zest Anchors, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ZEST IP HOLDINGS, LLC, and
ZEST ANCHORS, LLC,

Plaintiffs,

v.

PREAT CORPORATION,

Defendant.

Case No. 3:26-cv-01467-GPC-MMP

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Date: September 25, 2026
Time: 1:30 p.m.
Courtroom: 12A
Judge: Hon. Gonzalo P. Curiel

the distribution agreement. *Id.* ¶ 17. The next day, November 11, 2025, Preat launched its competing "PreatLoc" products (the "PreatLoc system") that infringe Zest trademarks and trade dress. *See* Complaint ¶ 42 (Dkt. No. 1). As a result, Zest filed this lawsuit. *See id.* ¶¶ 1-6.

Relevant to the instant motion are Zest's allegations that Preat is falsely advertising that the PreatLoc system is compatible with Zest's LOCATOR® Product Suite. *See* Zest's Counterclaims-in-Reply (Dkt. No. 13).[4]

### 2. Preat's Advertising of PreatLoc

Preat launched PreatLoc with advertisements touting PreatLoc's compatibility with Zest's LOCATOR® Product Suite. For example, Preat's initial press release states that "PreatLoc is compatible with LOCATOR® attachments and will provide broad compatibility across major implant systems." Ex. C ("PreatLoc Press Release"). The PreatLoc Press Release further states that "[t]he [PreatLoc] system offers a seamless transition, providing compatibility with LOCATOR® attachments and broad compatibility across major implant systems." *Id.* Below is an image of the PreatLoc system from this press release:




*Id.*

A press interview with Preat similarly states that the PreatLoc system "[c]ombin[es] compatibility with existing LOCATOR® systems[.]" Ex. D ("MedTech Spectrum Interview"); *see also id.* (stating that "PreatLoc™ builds

---

[4] Zest filed its Counterclaims-in-Reply on June 5, 2026. Dkt. No. 13. Preat has not answered or otherwise responded to these Counterclaims-in-Reply. Its deadline to do so was June 26, 2026.